UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) ) CRIMINAL NO.05-cr-10020 RCL |
| CHARLES J. WALLACE, | ) ) ) |
| Defendant. | ) ) |

NOTICE OF PLEA AGREEMENT

The United States, by its undersigned counsel, hereby notifies the Court that the defendant and the United States Attorney have entered into an agreement for defendant to tender a plea of guilty pursuant to Fed. R. Crim. P. 11(c)(1)(B).  A copy of the agreement is attached.

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

dated:  February 9, 2005

                                    By: /s/ Paul G. Levenson
                                        Assistant U.S. Attorney
                                        John Joseph Moakley United States Courthouse
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA 02210
                                        (617) 748-3147

                                        (617) 748-3147

CERTIFICATE OF SERVICE

I hereby certify that on this day I will cause a true copy of the above document to be served by First Class Mail upon counsel of record for defendant, addressed as follows:

       Gregory G. Nazarian, Esq.
       1063 N. Main Street
       Brockton, MA 02301

Dated: February 9, 2005                  /s/ Paul G. Levenson
                                               Paul G. Levenson

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>v. )<br>CHARLES J. WALLACE )<br>Defendant ) | CRIMINAL NO. 05-cr-10022-GAO |

**<u>NOTICE OF FILING WITH CLERK'S OFFICE</u>**

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only.

```
        Plea Agreement
```

The original documents are maintained in the case file in the Clerk's office.


Date: February 9, 2005        By:  /s/ Paul  G. Levenson
                                   PAUL G. LEVENSON
                                   Assistant U.S. Attorney
                                   John Joseph Moakley
                                     United States Courthouse
                                   1 Courthouse Way, Suite 9200
                                   Boston, MA 02210
                                   617/748-3147