Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) Criminal No. 05-10020-RCL |
| Charles J. Wallace | ) |

## WAIVER OF INDICTMENT

I, Charles J. Wallace, the above-named defendant, who is accused of Conspiracy in violation of title 18, United States Code, Section 371, being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on March 23, 2005 prosecution by indictment and consent that

*(Date)*

the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
Judicial Officer

3/23/05