UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CRIMINAL NO.05-cr-10020 RCL |
| CHARLES J. WALLACE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT MOTION TO ENLARGE TIME FOR DISPOSITION

The United States and Defendant J. Charles Wallace, by their respective undersigned

counsel, jointly move this Court to continue the sentencing hearing in this case until after June 1,

2006. Sentencing is currently scheduled for January 9, 2006, at 2:00 p.m.

As grounds for this motion, the parties represent that the additional time is requested in

order to allow the defendant an opportunity to provide "substantial assistance" in the prosecution

of other individuals, as called for in the parties' plea agreement.

Specifically, the parties anticipate that Defendant Charles J. Wallace will be a witness in

the currently pending case United States v. Daniel McElroy, Aimee King McElroy and Xieu Van

Son, No. 05-10019-RGS. At present, the defendants' dispositive motions are pending in that

case. It is anticipated that, once those motions have been decided, the case will be set for trial.

Under present circumstances, postponing sentencing is in the interest of both parties and serves the public interest as well.


Respectfully submitted,

GREGORY G. NAZARIAN                    MICHAEL J. SULLIVAN
                                        United States Attorney

/s/ *Gregory G. Nazarian/ by PGL*
Law Office of Gregory Nazarian        By:  */s/ Paul G. Levenson*
1063 North Main Street                      PAUL G. LEVENSON
Brockton, MA 02301                          Assistant U.S. Attorney
(508) 436-7491                              John Joseph Moakley U.S. Courthouse
                                            1 Courthouse Way, Suite 9200
Counsel for Defendant Charles Wallace       Boston, MA 02210
                                            (617) 748-3147


December 21, 2005