UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                          )
UNITED STATES OF AMERICA                  )
                                          )
     v.                                   ) Crim. No. 05-CR-100020 RCL
                                          )
CHARLES WALLACE                           )
_____)

DEFENDANT'S ASSENTED TO
MOTION TO CONTINUE SENTENCING

Now comes the defendant and moves this Honorable Court to continue the

sentencing in the above matter from June 12, 2006 until August 7, 2006.

As grounds therefore, defendant states that he is currently a cooperating witness

for the government with respect to the co-defendants involved in this criminal action.

The sentencing in this matter has already been continued twice in order to allow the

defendant to complete his cooperation for the government.

Thus, the defendant had an expectation that the June 12, 2006 sentencing date

would similarly been continued for another six months while the co-defendant's matters

proceeded toward trial.  The defendant has now been made aware that this Court does not

deem it appropriate for this matter to extended indefinitely for these other cases to be

resolved.  As a result, the defendant has never had the benefit of set sentencing date.

With this in mind, the defendant is seeking a brief continuance to August 7, 2006 so that

he can be suitably prepared with all relevant information on the his medical, financial and

family situations at the sentencing of this matter.

Respectfully submitted,

**CHARLES WALLACE**

By his Attorney

*/s/Gregory Nazarian*

Gregory Nazarian
B.B.O. No 561841
Law Office of Gregory Nazarian
1063 North Main Street
Brockton, MA  02301
(508) 436-7491

**DATED**:  May 18, 2006

Assented to:

By:  /s/ Paul G. Levenson
      Paul G. Levenson
      Assistant U.S. Attorney
      John Joseph Moakley U.S. Courthouse
      1 Courthouse Way, Suite 9200
      Boston, MA 02210
      (617) 748-3147