UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 05-CR-100020RCL

_____

UNITED STATES OF AMERICA

V.

CHARLES WALLACE

_____

### DEFENDANT'S ASSENTED TO MOTION TO EXTEND DEFENDANT'S REPORTING DATE

Now comes the defendant and moves this Honorable Court to continue the defendant's reporting date in the above matter from February 22, 2008 until March 7, 2008. On November 27, 2007, the defendant was sentenced to 5 years incarceration after a guilty plea before this Honorable Court.

The defendant is seeking a two week extension of his reporting date. As grounds therefore, defendant states that he was a cooperating witness for the government with respect to the co-defendants involved in this criminal action. The trial of the co-defendant was just completed on Wednesday, February, 13, 2008 with both defendants being found guilty of all charges. At that trial, the defendant was a principal witness against the main co-defendants in this extensive undertaking to defraud the U.S. government of tax revenue. The defendant testified for several days and also engaged in extensive meetings with government representatives in preparation for trial. As a result of the defendant's substantial cooperation, the government intends to bring a motion pursuant to rule 35 to reduce the defendant's sentence. The defendant's reporting date

was set with the idea that his cooperation would be completed and any motion to reduce his sentence could be argued prior to him reporting to his incarceration. The government is in the process of determining what they will ask the court to reduce his sentence. Therefore the parties jointly ask that the Court allow an extension of the defendant's reporting date to March 7, 2008.

        Respectfully submitted,

        **CHARLES WALLACE**
        By his Attorney


        *Gregory Nazarian*
        Gregory Nazarian
        B.B.O. No 561841
        Law Office of Gregory Nazarian
        1063 North Main Street
        Brockton, MA  02301
        (508) 436-7491


**DATED**:  February 15, 2008


Assented to:

    By:__Paul G. Levenson_____    by Gregory Nazarian
        Paul G. Levenson
        Assistant U,S. Attorney
        John Joseph Moakley U.S. Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3147