UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 05-CR-100020RCL

_____

UNITED STATES OF AMERICA

V.

CHARLES WALLACE

_____

### DEFENDANT'S ASSENTED TO MOTION TO EXTEND DEFENDANT'S REPORTING DATE

Now comes the defendant and moves this Honorable Court to continue the defendant's reporting date in the above matter from March 7, 2008 until March 14, 2008.

The defendant is seeking a week extension of his reporting date. As grounds therefore, the defendant states the government has filed a motion to reduce the defendant's sentence. A hearing on said motion is scheduled for March 10, 2008 at 2:00 p.m.. Obviously it is necessary for the defendant to be present at such a hearing. Therefore the parties jointly ask that the Court allow an extension of the defendant's reporting date to March 14, 2008.

Respectfully submitted,

**CHARLES WALLACE**
By his Attorney


*Gregory Nazarian*
Gregory Nazarian
B.B.O. No 561841
Law Office of Gregory Nazarian
1063 North Main Street
Brockton, MA  02301
(508) 436-7491



**DATED**:  February 27, 2008



Assented to:


By:__Paul G. Levenson_____   by Gregory Nazarian
   Paul G. Levenson
   Assistant U,S. Attorney
   John Joseph Moakley U.S. Courthouse
   1 Courthouse Way, Suite 9200
   Boston, MA 02210
   (617) 748-3147