UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 05-CR-100020RCL

_____

UNITED STATES OF AMERICA

V.

CHARLES WALLACE

_____

### DEFENDANT'S ASSENTED TO
### MOTION TO EXTEND DEFENDANT'S REPORTING DATE

Now comes the defendant and moves this Honorable Court to continue the defendant's reporting date in the above matter from April 10, 2008 until April 24, 2008.

The defendant is seeking a week extension of his reporting date. As grounds therefore, the defendant states the that Judge lidsay has ordered that the defendant serve his sentence at a medical facility. As yet the Bureau of Prison has not made its reclassification 8 at 2:00 p.m.. Therefore the parties jointly ask that the Court allow an extension of the defendant's reporting date to April 24, 2008.

        Respectfully submitted,

        **CHARLES WALLACE**
        By his Attorney


        *Gregory Nazarian*
        Gregory Nazarian
        B.B.O. No 561841
        Law Office of Gregory Nazarian
        1063 North Main Street
        Brockton, MA  02301
        (508) 436-7491


**DATED**:  February 27, 2008


Assented to:


    By:__*Paul G. Levenson*__     by Gregory Nazarian
       Paul G. Levenson
       Assistant U,S. Attorney
       John Joseph Moakley U.S. Courthouse
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3147